IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| LACY LERETTE, | : | Civil Action No. 1:12-cv-00008 |
| Plaintiff, | : | |
| vs. | : | |
| CREDIT MANAGEMENT SERVICES, INC., | : | |
| | : | |
| Defendant. | | |

Plaintiff Lacy Lerette, by her attorney Ray Johnson, hereby dismisses her claim in the above-captioned matter with prejudice pursuant to a settlement agreement reached between the parties.

_____
RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Road, Suite 335
West Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax:  (515) 222-2656
Johnsonlaw29@aol.com